PROB 12C
(6/16)

Report Date: November 25, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan James Wheeler | Case Number: 0980 2:23CR00140-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Greenacres, Washington 99016 | |

Name of Sentencing Judicial Officer: The Honorable David C. Nye, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 10, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 | | |
| Original Sentence: | Prison - 84 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | November 20, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | November 19, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On November 20, 2023, Mr. Wheeler signed his conditions relative to case number 2:23CR00140-TOR-1 indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: It is alleged Mr. Wheeler is in violation of his conditions of supervised release by consuming cocaine, methamphetamine, and fentanyl, between November 13 and 20, 2024. |
| | Mr. Wheeler reported to the U.S. Probation Office for a random urinalysis. Prior to submitting to a urinalysis, Mr. Wheeler admitted to using fentanyl and methamphetamine on four separate occasions between November 13 and 20, 2024. |
| | Mr. Wheeler also admitted doing one line of cocaine on November 20, 2024. |

Prob12C
Re: Wheeler, Ryan James
November 25, 2024
Page 2

        A urine sample was collected and tested presumptive positive for fentanyl, methamphetamine, amphetamine, MDMA, cocaine, buprenorphine, morphine, and alcohol.

        Mr. Wheeler denied intentionally consuming MDMA and buprenorphine. He signed a drug use admission form admitting to the use of cocaine, methamphetamine, and fentanyl.

2      **Special Condition #4**: The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale

        **Supporting Evidence**: It is alleged Mr. Wheeler is in violation of his conditions of supervised release by consuming alcohol, on or around November 20, 2022.

        Mr. Wheeler reported to the U.S. Probation Office to submit to a random urinalysis. Prior to submitting to a urinalysis, he admitted consuming alcohol on or around November 20, 2024, and signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 25, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

November 25, 2024
Date