PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: February 3, 2026

ECF No. 28

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 04, 2026**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ryan James Wheeler | Case Number: 0980 2:23CR00140-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99203 | |

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 10, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 | |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: November 20, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: November 19, 2028 |

## PETITIONING THE COURT

**To issue a WARRANT**

On November 20, 2023, Mr. Wheeler signed his conditions relative to case number 2:23CR00140-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Wheeler is alleged to have violated special condition number 12 by ingesting both methamphetamine and fentanyl on or about January 25, 2026, based on both urinalysis testing and his admission of such use. |
| | Specifically, on January 28, 2026, Mr. Wheeler was contacted by the undersigned officer and directed to report to the U.S. Probation Office on the day in question for urinalysis testing. Mr. Wheeler committed to doing so, but at 7:27 p.m. he advised the undersigned officer using text messaging that he was unable to report for testing due to conflicting appointments. |

Prob12C
**Re: Wheeler, Ryan James**
**February 3, 2026**
**Page 2**

On January 29, 2026, Mr. Wheeler reported to the U.S. Probation Office for urinalysis testing as directed. Prior to urinalysis testing, Mr. Wheeler admitted that he had ingested methamphetamine the Sunday prior (January 25, 2026). Mr. Wheeler submitted to urinalysis testing, the result of which proved presumptive positive for methamphetamine and fentanyl. Mr. Wheeler was adamant that he had not intentionally used fentanyl, and the sample was packaged and forwarded to the contract laboratory for testing.

On February 2, 2026, Mr. Wheeler reported to the U.S. Probation Office as directed for both urinalysis testing and to further discuss his potential acceptance into the Sobriety Treatment and Education Program (STEP). During the contact, Mr. Wheeler indicated that he had previously been dishonest with the undersigned officer during his report to the U.S. Probation Office on January 29, 2026, indicating that he had in fact knowingly and intentionally sought out fentanyl and subsequently ingested it by "smoking" a pill.

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 3, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

February 4, 2026

Date